**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Petitioner, | : |
| v. | :    1:06-CR-3 (WLS) |
| RICO RECHAE WALKER, | : |
| Defendant. | : |

**O R D E R**

Before the Court is Defendant's motion *in limine*. (Doc. No. 25). Defendant entered a plea of guilty to Count I of the indictment on July 18, 2006. Accordingly, there will be not trial. Therefore, Defendant's motion *in limine* (Doc. No. 25) is **DENIED as moot.**

SO ORDERED, this   19th   day of October, 2006.

                                              /s/W. Louis Sands
                                              **W. Louis Sands, Judge
                                              United States District Court**